# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| JOSEPH KNAPP AND DENNIS MILLER AND TEMPLE PLAY, LLC AND TMPLCF, LLC, AND MILSEV, LLC AND DEN SEVENTH, LLCP, | : No. 23 EAL 2015<br>:<br>:<br>: Petition for Allowance of Appeal from the<br>: Order of the Superior Court |
| Respondents | :<br>:<br>: |
| v. | :<br>:<br>: |
| CITRO COMMUNICATIONS, INC. & THOMAS R. CITRO, | :<br>:<br>: |
| Petitioners | : |

## <u>ORDER</u>

**PER CURIAM**

   **AND NOW**, this 30th day of June, 2015, the Petition for Allowance of Appeal is **DENIED**.